648 A.2d 1171

**COMMONWEALTH of Pennsylvania Acting by Attorney General Ernest D. PREATE, Jr., Appellant,**

v.

**Larry M. HESS, Mary E. Hess and Larry Hess Homes, Inc., et al., Appellees.**

**No. 61 Middle District Appeal Docket 1994.**

Supreme Court of Pennsylvania.

Aug. 4, 1994.

### ORDER

PER CURIAM.

AND NOW, this 4th day of August, 1994, the appeal is hereby quashed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801 due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.